DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERARDO GUZMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-244

[October 3, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 56-2007-CF-005371B.

Gerardo Guzman, Okeechobee, pro se.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***